UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JERALD SCHROEDER on behalf of himself, all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>YRC INC.; YRC WORLDWIDE, INC.; and DOES 1-100,<br><br>Defendants. | Case No. 16-cv-03815-WHA<br><br>*Assigned for all purposes to the Honorable William Alsup*<br><br>[PROPOSED] **ORDER ON THE PARTIES' JOINT STIPULATION TO EXTEND THE FILING DATES RELATED TO DEFENDANTS' MOTION TO DISMISS, STAY OR TRANSFER** |

Currently before the Court is the Parties' joint stipulation to extend the filing dates related to Defendants' Motion to Dismiss, Stay or Transfer. Good cause appearing, the Parties' Stipulation is **GRANTED**, and **IT IS HEREBY ORDERED** that: (1) Plaintiff's Opposition to Defendants' Motion to Dismiss, Stay or Transfer be filed no later than August 8, 2016; and (2) Defendants' Reply to Plaintiff's Opposition be filed no later than August 15, 2016.

**IT IS SO ORDERED.**

Date: July 25, 2016.          By: _____
                              The Honorable William Alsup
                              United States District Court Judge