1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10
11

| | |
|---|---|
| 12  JERALD SCHROEDER on behalf of<br>13  himself, all others similarly situated, and on<br>behalf of the general public,<br>14<br>Plaintiffs,<br>15<br>v.<br>16<br>YRC INC.; YRC WORLDWIDE, INC.; and<br>17  DOES 1-100,<br>18<br>Defendants.<br>19 | Case No. 16-cv-03815-WHA<br><br><br>~~[PROPOSED]~~ **ORDER ON THE PARTIES'**<br>**JOINT STIPULATION TO**<br>**TRANSFER ACTION** |

20      Currently before the Court is the Parties' joint stipulation to remove the current action to

21  United States District Court for the Central District of California. Good cause appearing, the Parties'

22  Stipulation is GRANTED and the Court ORDERS the following:

23      The Clerk of this Court shall immediately transfer this action, and accompanying file, to the

24  United States District Court for the Central District of California.

25      **IT IS SO ORDERED.**

26
27      Date: _August 16, 2016._     By: _____
The Honorable William Alsup
28                                          United States District Court Judge

4